# United States District Court
## *Eastern District of Arkansas*

ALICIA URQUHART

JUDGMENT IN A CIVIL CASE

v.

GRANT HARRIS and LARRY NORRIS

CASE NUMBER: 5:03CV00035 GH

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of defendants and against plaintiff

| July 6, 2005 | James W. McCormack |
|---|---|
| *Date* | *Clerk* |

/s/ Patricia L. Murray
*(By) Deputy Clerk*